| | |
|---|---|
| The State of Texas et al v. Penguin Group (USA) Inc. et al | Date Filed: 04/11/2012 |
| Assigned to: Judge Lee Yeakel | Date Terminated: 04/26/2012 |
| Case in other court: US/DC, SD/NY, 11–md–02293 (DLC) | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Anti–Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**The State of Texas**      represented by    **David M. Ashton**
Office of the Attorney General
State of Texas
P.O. Box 12548
Capitol Station
Austin, TX 78711–2548
(512)936–1400
Fax: (512)320–0667
Email: david.ashton@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gabriel R. Gervey**
Assistant Attorney General
PO Box 12548
Austin, Tx 78711–2548
512.463.1262
Fax: 512.620.0975
Email: Gabriel.Gervey@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Connecticut**      represented by    **Gary M. Becker**
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
860.808.5040
Fax: 860.808.5033
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael E. Cole**
Attorney General
Antitrust Department
55 Elm Street, P.O. Box 120
Hartford, CT 06141–0120
(860) 808–5040
Fax: (860) 808–5033
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**W. Joseph Nielsen**
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
860.808.5040
Fax: 860.808.5033
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Alaska** represented by **Clyde E. Sniffen , Jr.**
Senior Assistant Attorney General
1031 West Fourth Avenue, #200
Anchorage, AK 99501
907.269.5200
Fax: 907.276.8554
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Arizona** represented by **Nancy M. Bonnell**
Office of the Arizona Attorney General
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ 85007
(602) 542–7728
Fax: (602) 542–9088
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan V. Myers**
Assistant Attorney General
Office of the Arizona Attorney General
Consumer Protection and Advocacy Section
1275 West Washington
Phoeniz, AZ 85028
602.542.7728
Fax: 602.542.9088
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Colorado** represented by **Devin M. Laiho**
Assistant Attorney General
Colorado Department of Law
1525 Sherman Street, Seventh Floor
Denver, CO 80203
303.866.5079
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Illinois** represented by **Chadwick O. Brooker**
Assistant Attorney General
Office of the Illinois Attorney General
Antitrust Bureau
100 West Randolph Street
Chicago, IL 60601
312.793.3891
Fax: 312.814.4209
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert W. Pratt**
Office of the Illinois Attorney General
Antitrust Bureau
100 W. Randolph Street
Chicago, IL 60601
(312) 814–3722
Fax: (312) 814–4209
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Iowa** represented by **Layne M. Lindebak**
Iowa Department of Justice
Special Litigation Division
Hoover Office Building – Second Floor
1305 E. Walnut Street
Des Moines, IA 50319
(515) 281–7054
Fax: (515) 281–4902
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Maryland** represented by **Ellen S. Cooper**
Office of the Attorney General
200 St. Paul Street, 19th Floor
Baltimore, MD 21202
410.576.6470
Fax: 410.576.7830
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John R. Tennis**
Office of the Attorney General
200 St. Paul Street
19th Floor
Baltimore, MD 21202
410.576.6470
Fax: 410.576.7830
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Schonette Walker**
Assistant Attorney General
Office of the Maryland Attorney General
Antitrust Division
200 St. Paul Place
19th Floor
Baltimore, MD 21202
410.5766470
Fax: 410.576.6404
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Missouri** represented by **Anne E. Schneider**
Office of the Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751–7445
Fax: (573) 751–2041
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brianna Lennon**
Assistant Attorney General
PO Box 899
Jefferson City, MO 65102
573.751.7445
Fax: 573.751.2041
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Ohio** represented by **Doreen C. Johnson**
Office of the Attorney General
150 East Gay Street
23rd Floord
Columbus, OH 43215
614.466.4328
Fax: 614.995.0266
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Edward J. Olszewski**
Assistant Attorney General
Office of the Ohio Attorney General
Antitrust Section
150 East Gay Street; 23rd Floor
Columbus, OH 43215
614.466.4328
Fax: 614.995.0269
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Jessica I. Oldham**
Office of the Attorney General
Antitrust Section
150 East Gay Street, 23rd Floor
Columbus, OH 43215
614.466.4328
Fax: 614.995.0269
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mitchell L. Gentile**
Office of the Ohio Attorney General
Antitrust Section
150 E. Gay Street, 23rd Floor
Columbus, OH 43215
(614) 466–4328
Fax: (614) 995–0266
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Commonwealth of Pennsylvania**　　represented by　**James A. Donahue**
Chief Deputy Attorney General
PA Office of Attorney General
14 Floor, Strawberry Square
Harrisburg, PA 17120
717.787.4530
Fax: 717.787.1190
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jennifer J. Kirk**
Deputy Attorney General
PA Office of Attorney General
14th Floor, Strawberry Square
Harrisburg, PA 17120
717.787.4530
Fax: 717.787.1190
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The Commonwealth of Puerto Rico**　　represented by　**Jose M. Tous Cardona**
Office of the Attorney General
PO Box 9020192
San Juan, PR 00902–0192
787.712.2900
Fax: 787.723.8891
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jose G. Diaz–Tejera**
Chief Deputy Attorney General
Office of Monopolistic Affairs
Department of Justice for The Commonwealth of
Puerto Rico
PO Box 9020192
San Juan, PR 00902–0192
787.721.2900x2669
Fax: 787.723.9188
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of South Dakota** represented by **Jeffrey P. Hallem**
Assistant Attorney General
Office of the Attorney General
1302 East Highway 14, Suite 1
Pierre, SD 57501–8501
605.773.3215
Fax: 605.773.4106
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Tennessee** represented by **Victor J. Domen , Jr.**
Office of the Tennessee Attorney General
425 Fifth Avenue North
Nashville, TN 37202
(615) 532–5732
Fax: (615) 532–2910
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of Vermont** represented by **Ryan Kriger**
Assistant Attorney General
Public Protection Division
Vermont Attorney General's Office
109 State Street
Montpelier, VT 05609
802.828.5749
Fax: 802.828.2154
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**The State of West Virginia** represented by **Douglas L. Davis**
Assisant Attorney General
Office of the West Virginia Attorney General
PO Box 1789
Charleston, WV 25326
304.558.8986

V.

**Defendant**

**Penguin Group (USA) Inc.**

**Defendant**

**Macmillian Holdings, LLC**
*TERMINATED: 04/18/2012*

**Defendant**

**Simon &Schuster, Inc.**

**Defendant**

**Simon &Schuster Digital Sales, Inc.**

**Defendant**

**Apple Inc.**

**Defendant**

**Holtzbrinck Publishers, LLC**
*also known as*
Macmillian

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2012 | Ï 1 | COMPLAINT for Injunctive Relief, Civil Penalties and as Parens Patriae on behalf of Consumers ( Filing fee $ 350 receipt number 100013497), filed by The State of Vermont, The State of Tennessee, The State of Missouri, The Commonwealth of Pennsylvania, The State of Iowa, The State of Texas, The State of Colorado, The Commonwealth of Puerto Rico, The State of Illinois, The State of Alaska, The State of Connecticut, The State of Ohio, The State of West Virginia, The State of Arizona, The State of Maryland, The State of South Dakota. (Attachments: # 1 /List of Attorneys/Receipt)(klw, ) (Additional attachment(s) added on 4/12/2012: # 2 SEALED Unredacted Version of Complaint) (klw, ). (Entered: 04/11/2012) |
| 04/11/2012 | Ï 2 | Motion for leave to File Unredacted Complainted Under Seal (Attachments: # 1 Unredacted Complaint, # 2 Proposed Order) (klw, ) (Entered: 04/11/2012) |
| 04/11/2012 | Ï 3 | MOTION to Appear Pro Hac Vice by Gabriel R. Gervey by on behalf of The State of Texas. **Fee Waived.** (Attachments: # 1 Proposed Order)(klw, ) (Entered: 04/11/2012) |
| 04/12/2012 | Ï 4 | ORDER GRANTING 3 Motion for Gabriel Ross Gervey to Appear Pro Hac Vice on behalf of The State of Texas. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/12/2012) |

| 04/12/2012 | Ï 5 | ORDER GRANTING 2 Motion for Leave to File Unredacted version of 1 Complaint under SEAL. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/12/2012) |
|---|---|---|
| 04/13/2012 | Ï 6 | Letters to all plaintiff counsel (except for Texas) re: non−admitted status. (klw, ) (Entered: 04/13/2012) |
| 04/18/2012 | Ï 7 | AMENDED COMPLAINT against Apple Inc., Penguin Group (USA) Inc., Simon &Schuster Digital Sales, Inc., Simon &Schuster, Inc., Holtzbrinck Publishers, LLC amending 1 Complaint, filed by The State of Vermont, The State of Tennessee, The State of Missouri, The Commonwealth of Pennsylvania, The State of Iowa, The State of Texas, The State of Colorado, The Commonwealth of Puerto Rico, The State of Illinois, The State of Alaska, The State of Connecticut, The State of Ohio, The State of West Virginia, The State of Arizona, The State of Maryland, The State of South Dakota.(klw, ) (Additional attachment(s) added on 4/23/2012: # 2 SEALED Unredacted Complaint) (klw, ). (Entered: 04/19/2012) |
| 04/18/2012 | Ï 8 | Motion for leave to File Unredacted Amended Complaint under SEAL. (Attachments: # 1 Unredacted Amended Complaint, # 2 Proposed Order) (klw, ) (Entered: 04/19/2012) |
| 04/20/2012 | Ï 9 | ORDER GRANTING 8 Motion for Leave to File Unredacted First Amended Complaint under SEAL. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/23/2012) |
| 04/23/2012 | ï 10 | MOTION to Appear Pro Hac Vice by Nancy M. Bonnell by on behalf of The State of Arizona. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 11 | MOTION to Appear Pro Hac Vice by Clyde E. Sniffen, Jr by on behalf of The State of Alaska. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 12 | MOTION to Appear Pro Hac Vice by Susan V. Myers by on behalf of The State of Arizona. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 13 | MOTION to Appear Pro Hac Vice by Devin M. Laiho by on behalf of The State of Colorado. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 14 | MOTION to Appear Pro Hac Vice by Layne M. Lindebak by on behalf of The State of Iowa. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 15 | MOTION to Appear Pro Hac Vice by Chadwick O. Brooker by on behalf of The State of Illinois. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 16 | MOTION to Appear Pro Hac Vice by Ellen S. Cooper by on behalf of The State of Maryland. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 17 | MOTION to Appear Pro Hac Vice by Brianna Lennon by on behalf of The State of Missouri. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 18 | MOTION to Appear Pro Hac Vice by Jessica I. Oldham by on behalf of The State of Ohio. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 19 | MOTION to Appear Pro Hac Vice by Doreen C. Johnson by on behalf of The State of Ohio. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 20 | MOTION to Appear Pro Hac Vice by Mitchell L. Gentile by on behalf of The State of Ohio. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 21 | MOTION to Appear Pro Hac Vice by Edward J. Olszewski by on behalf of The State of Ohio. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | ï 22 | MOTION to Appear Pro Hac Vice by Jennifer J. Kirk by on behalf of The Commonwealth of Pennsylvania. (klw, ) (Entered: 04/24/2012) |

| 04/23/2012 | 23 | MOTION to Appear Pro Hac Vice by James A. Donahue by on behalf of The Commonwealth of Pennsylvania. (klw, ) (Entered: 04/24/2012) |
|---|---|---|
| 04/23/2012 | 24 | MOTION to Appear Pro Hac Vice by Jose G. Diaz–Tejera by on behalf of The Commonwealth of Puerto Rico. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 25 | MOTION to Appear Pro Hac Vice by Jose M. Tous Cardona by on behalf of The Commonwealth of Puerto Rico. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 26 | MOTION to Appear Pro Hac Vice by Jeffrey P. Hallem by on behalf of The State of South Dakota. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 27 | MOTION to Appear Pro Hac Vice by Victor J. Domen, Jr by on behalf of The State of Tennessee. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 28 | MOTION to Appear Pro Hac Vice by Ryan Kriger by on behalf of The State of Vermont. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 29 | MOTION to Appear Pro Hac Vice by Gary M. Becker by on behalf of The State of Connecticut. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 30 | MOTION to Appear Pro Hac Vice by Michael E. Cole by on behalf of The State of Connecticut. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 31 | MOTION to Appear Pro Hac Vice by Schonette Walker by on behalf of The State of Maryland. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 32 | MOTION to Appear Pro Hac Vice by John R. Tennis by on behalf of The State of Maryland. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 33 | MOTION to Appear Pro Hac Vice by Anne E. Schneider by on behalf of The State of Missouri. (klw, ) (Entered: 04/24/2012) |
| 04/23/2012 | 34 | MOTION to Appear Pro Hac Vice by Douglas L. Davis by on behalf of The State of West Virginia. (klw, ) (Entered: 04/24/2012) |
| 04/24/2012 | 35 | MOTION to Appear Pro Hac Vice by Robert W. Pratt by on behalf of The State of Illinois. (klw, ) (Entered: 04/24/2012) |
| 04/24/2012 | 36 | MOTION to Appear Pro Hac Vice by W. Joseph Nielsen by on behalf of The State of Connecticut. (klw, ) (Entered: 04/24/2012) |
| 04/26/2012 | 37 | ORDER GRANTING 21 Motion for Edward J. Olszweskito Appear Pro Hac Vice on behalf of the State of Ohio. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 38 | ORDER GRANTING 19 Motion for Doreen C. Johnson to Appear Pro Hac Vice on behalf of the State of Ohio. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 39 | ORDER GRANTING 18 Motion for Jessica I. Oldham to Appear Pro Hac Vice on behalf of The State of Ohio. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 40 | |

| | | |
|---|---|---|
| | | ORDER GRANTING 17 Motion for Brianna L. Lennon to Appear Pro Hac Vice on behalf of The State of Missouri. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 41 | ORDER GRANTING 16 Motion for Ellen S. Cooper to Appear Pro Hac Vice on behalf of the State of Maryland. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 42 | ORDER GRANTING 15 Motion for Chadwick O. Booker to Appear Pro Hac Vice on behalf of the State of Illinois. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 43 | ORDER GRANTING 14 Motion for Layne M. Lindebak to Appear Pro Hac Vice on behalf of the State of Iowa. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 44 | ORDER GRANTING 13 Motion for Devin Laiboto Appear Pro Hac Vice on behalf of the State of Colorado. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 45 | ORDER GRANTING 11 Motion for Clyde E. Sniffen, Jr. to Appear Pro Hac Vice on behalf of The State of Alaska. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 46 | ORDER GRANTING 34 Motion for Douglas L. Davis to Appear Pro Hac Vice on behalf of the State of West Virginia. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 47 | ORDER GRANTING 12 Motion for Susan V. Myers to Appear Pro Hac Vice on behalf of The State of Arizona. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 48 | ORDER GRANTING 10 Motion for Nancy M. Bonnell to Appear Pro Hac Vice on behalf of The State of Arizona. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 49 | ORDER GRANTING 35 Motion for Robert W. Pratt to Appear Pro Hac Vice on behalf of The State of Illinois. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |

| | | | |
|---|---|---|---|
| 04/26/2012 | | 50 | ORDER GRANTING 36 Motion for W. Joseph Nielsen to Appear Pro Hac Vice on behalf of the State of Connecticut. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 51 | ORDER GRANTING 22 Motion for Jennifer J. Kirk to Appear Pro Hac Vice on behalf of the Commonwealth of Pennsylvania. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 52 | ORDER GRANTING 23 Motion for James A. Donahue, III to Appear Pro Hac Vice on behalf of the Commonwealth of Pennsylvania. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 53 | ORDER GRANTING 24 Motion for Jose G. Diaz–Tejera to Appear Pro Hac Vice on behalf of the Commmonwealth of Puerto Rico. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 54 | ORDER GRANTING 25 Motion for Jose M. Tous Cardona to Appear Pro Hac Vice on behalf of the Commonwealth of Puerto Rico. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 55 | ORDER GRANTING 26 Motion for Jeffrey P. Hallem to Appear Pro Hac Vice on behalf of the State of South Dakota. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 56 | ORDER GRANTING 27 Motion for Victor J. Domen, Jr. to Appear Pro Hac Vice on behalf of The State of Tennessee. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 57 | ORDER GRANTING 28 Motion for Ryan G. Kriger to Appear Pro Hac Vice on behalf of the State of Vermont. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 58 | ORDER GRANTING 29 Motion Gary M. Becker to Appear Pro Hac Vice on behalf of the State of Connecticut. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | | 59 | ORDER GRANTING 30 Motion for Michael E. Cole to Appear Pro Hac Vice on behalf of the State of Connecticut. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: |

| | | |
|---|---|---|
| | | 04/26/2012) |
| 04/26/2012 | 60 | ORDER GRANTING 31 Motion for Schonette Walker to Appear Pro Hac Vice on behalf of the State of Maryland. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 61 | ORDER GRANTING 32 Motion for John R. Tennis to Appear Pro Hac Vice on behalf of the State of Maryland. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 62 | ORDER GRANTING 33 Motion for Anne E. Schneider to Appear Pro Hac Vice on behalf of the State of Missouri. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 63 | ORDER GRANTING 20 Motion for Mitchelle L. Gentile to Appear Pro Hac Vice on behalf of the State of Ohio. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Signed by Judge Lee Yeakel. (klw, ) (Entered: 04/26/2012) |
| 04/26/2012 | 64 | CONDITIONAL TRANSFER ORDER (CTO−3) – transferring case to the Southern District of New York, MDL No. 2293. Signed by Clerk of the Panel. (kkc, ) (Entered: 04/30/2012) |