IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) | 11-md-02293 (DLC) |
| ) | ECF Case |
| **This Document Relates to:** | |
| THE STATE OF TEXAS; et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 12-cv-03394 (DLC) |
| PENGUIN GROUP (USA) INC.; ) | |
| HOLTZBRINCK PUBLISHERS, LLC ) | |
| d/b/a MACMILLAN; and ) | |
| APPLE INC.; ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE SIMON & SCHUSTER, INC. AND SIMON & SCHUSTER DIGITAL SALES, INC.

The States of Texas, Connecticut, Alaska, Arizona, Colorado, Illinois, Iowa, Maryland, Missouri, Ohio, South Dakota, Tennessee, Vermont, and West Virginia and the Commonwealths of Pennsylvania and Puerto Rico (the "Plaintiff States"), by and through their Attorneys General, and Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. file their joint motion to dismiss without prejudice Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. as defendants in *State of Texas v. Penguin Group (USA), Inc.*, Civil Action No. 12-cv-03394 (DLC).

For the reasons set forth herein and in the memorandum in support of the joint motion, filed herewith, Plaintiff States and Defendants Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. respectfully request that the Court enter an Order granting this motion.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

JOHN T. PRUD'HOMME
Chief, Consumer Protection Division

KIM VAN WINKLE
Section Chief, Antitrust Section
Consumer Protection Division

By: _____
ERIC LIPMAN
SDNY Bar No. EL-6300
Telephone: 512-463-1579
eric.lipman@texasattorneygeneral.gov
GABRIEL R. GERVEY
Telephone: 512-463-1262
gabriel.gervey@texasattorneygeneral.gov
DAVID ASHTON
Telephone: 512-936-1781
david.ashton@texasattorneygeneral.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548
Austin, Texas  78711-2548
Facsimile: 512-320-0975

**ATTORNEYS FOR THE STATE OF TEXAS
ON BEHALF OF THE PLAINTIFF STATES**

By: /s/ *[signature]*
Helene D. Jaffe
Jennifer R. Scullion
Alan R. Kusinitz
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
212. 969-3000
hjaffe@proskauer.com

James W. Quinn
Yehudah L. Buchweitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212. 310-8000
james.quinn@weil.com

Martha E. Gifford
Law Office of Martha E. Gifford
137 Montague Street #220
Brooklyn, NY 11201
giffordlaw@mac.com

**On behalf of Defendants Simon & Schuster, Inc., and Simon & Schuster Digital Sales, Inc.**