## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION** | ) ) | 11-md-02293 (DLC) ECF Case |
| **This Document Relates to:** | | |
| **THE STATE OF TEXAS; et al.,** | ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) | Civil Action No. 12-cv-03394 (DLC) |
| **PENGUIN GROUP (USA) INC.; HOLTZBRINCK PUBLISHERS, LLC d/b/a MACMILLAN; and APPLE INC.:** | ) ) ) ) | |
| **Defendants.** | ) ) | |

## MEMORANDUM IN SUPPORT OF JOINT MOTION TO DISMISS WITHOUT PREJUDICE SIMON & SCHUSTER, INC. AND SIMON & SCHUSTER DIGITAL SALES, INC.

The States of Texas, Connecticut, Alaska, Arizona, Colorado, Illinois, Iowa, Maryland, Missouri, Ohio, South Dakota, Tennessee, Vermont, and West Virginia and the Commonwealths of Pennsylvania and Puerto Rico (the "Plaintiff States"), by and through their Attorneys General, and Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. file this memorandum in support of their joint motion to dismiss without prejudice Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. (collectively, "Simon & Schuster") as defendants in *State of Texas v. Penguin Group (USA), Inc.*, Civil Action No. 12-cv-03394 (DLC).

## FACTS

On April 11, 2012, Plaintiff States filed suit in the United States District Court for the Western District of Texas against Simon & Schuster and three other Defendants, alleging violations of federal and state antitrust laws.  On April 30, 2012, this action was transferred to this Court and consolidated with other e-books litigation in the present MDL.

On May 10, 2012, Simon & Schuster signed a Memorandum of Understanding ("MOU") with the Plaintiff States.  Plaintiff States and Simon and Schuster intend to enter into a settlement agreement, and Plaintiff States will subsequently file with the Court a proposed notice and distribution plan, as required by section 4c(b) of the Clayton Act, 15 U.S.C. §15c(b).

## ARGUMENT

15 U.S.C. § 15c(c) provides that an action under section 4c "shall not be dismissed or compromised without the approval of the court." The Plaintiff States and Simon & Schuster are in agreement that dismissal of Simon & Schuster from this action without prejudice will facilitate the approval process under Section 4c.  Dismissal without prejudice is required to ensure that Simon & Schuster can be named as a defendant in a new settlement complaint, which will be filed as appropriate in the course of the Section 4c process.

## CONCLUSION

For the reasons set forth above, the joint motion should be granted.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL HODGE
First Assistant Attorney General

JOHN B. SCOTT
Deputy Attorney General for Civil Litigation

JOHN T. PRUD'HOMME
Chief, Consumer Protection Division

KIM VAN WINKLE
Section Chief, Antitrust Section

By: _____
ERIC LIPMAN
SDNY Bar No. EL-6300
Telephone: 512-463-1579
eric.lipman@texasattorneygeneral.gov
GABRIEL R. GERVEY
Telephone: 512-463-1262
gabriel.gervey@texasattorneygeneral.gov
DAVID ASHTON
Telephone: 512-936-1781
david.ashton@texasattorneygeneral.gov
Assistant Attorneys General
Office of the Attorney General
P.O. Box 12548
Austin, Texas  78711-2548
Facsimile: 512-320-0975

ATTORNEYS FOR THE STATE OF TEXAS
ON BEHALF OF THE PLAINTIFF STATES

Page 3 of 4

By: _____
Helene D. Jaffe
Jennifer R. Scullion
Alan R. Kusinitz
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
212. 969-3000
hjaffe@proskauer.com

James W. Quinn
Yehudah L. Buchweitz
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
212. 310-8000
james.quinn@weil.com

Martha E. Gifford
Law Office of Martha E. Gifford
137 Montague Street #220
Brooklyn, NY 11201
giffordlaw@mac.com

**On behalf of Defendants Simon & Schuster,
Inc., and Simon & Schuster Digital Sales,
Inc.**