```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE: ELECTRONIC BOOKS ANTITRUST        :    11 MD 2293 (DLC)
LITIGATION                               :
                                         :    Related to all
                                         :       matters
----------------------------------------X
                                         :
THE STATE OF TEXAS, et al.,              :        ORDER
                                         :
                    Plaintiffs,          :
          -v-                            :
                                         :    12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,        :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

By letter dated April 25, 2013, plaintiffs in the above-captioned actions inform the Court that they have executed a settlement agreement as to defendants Holtzbrinck Publishers, LLC d/b/a/ Macmillan and Verlagsgruppe Georg Von Holtzbrinck GMBH (collectively, "Macmillan"). It is hereby

ORDERED that plaintiffs shall file any motion for preliminary approval of a settlement as to Macmillan by **May 24, 2013**.

SO ORDERED:

Dated:   New York, New York
         April 26, 2013

                                 _____
                                         DENISE COTE
                                 United States District Judge