IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION** ) ) | 11-md-02293 (DLC) ECF Case |
| **This Document Relates to:** | |
| **THE STATE OF TEXAS; et al.,** ) ) **Plaintiffs,** ) v. ) **PENGUIN GROUP (USA) INC.;** ) ) **Defendants.** ) ) ) ) | Civil Action No. 12-cv-03394 (DLC) |

## PLAINTIFF STATES' MOTION TO VOLUNTARILY DISMISS CERTAIN STATE LAW CLAIMS

Pursuant to Federal Rule of Civil Procedure 41(a)(2) and in accordance with the Court's suggestion at the May 23, 2013 Final Pretrial Conference, Plaintiff States hereby move the Court to dismiss the following state law claims:

1) Claims asserted under the common law of the following states: Alaska, Arkansas, Colorado, Nebraska, Ohio, Tennessee, and Utah;

2) Arkansas's claims under the Arkansas Unfair Trade Practices Act, Ark. Code Ann. § 4-75-201 *et seq.* and the Arkansas Deceptive Trade Practices Act, Ark. Code Ann. § 4-88-101 *et seq.*;

3) Kansas's claims under the Kansas Restraint of Trade Act, KAN. STAT. ANN. § 50-101 *et seq.*;

1

4) Missouri's claims under the Missouri Merchandising Practices Act, MO. REV. STAT. § 407.010 *et seq.*;

5) Nebraska's claims under the Nebraska Uniform Deceptive Trade Practices Act, NEB. REV. STAT. § 87-301 *et seq.*;

6) New Mexico's claims under the New Mexico Unfair Trade Practices Act, N.M. Stat. Ann. § 57-12-2 *et seq.*;

7) Puerto Rico's claims under Puerto Rico's Antitrust and Restrictions of Commerce Law, 10 P.R. LAWS ANN. tit. 10, §259, and Puerto Rico's Regulations Nos. 2648 of May 29, 1980 and 7932 of October 15, 2010.

Dated: May 28, 2013

                                        Respectfully Submitted,

By: _____
Gabriel Gervey (*pro hac vice*)
David Ashton (*pro hac vice*)
Eric Lipman (EL-6300)
Assistant Attorneys General
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-1262
Fax: 512-320-0975
Gabriel.Gervey@texasattorneygeneral.gov
David.Ashton@texasattorneygeneral.gov
Eric.Lipman@texasattorneygenereal.gov

**Attorneys for the State of Texas**
*On Behalf of the Plaintiff States*