UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

This Document Relates to:

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) ECF Case CLASS ACTION |
| THE STATE OF TEXAS, et al., ) ) Plaintiffs, ) ) v. ) ) PENGUIN GROUP (USA) INC., et al. ) ) Defendants. ) ) | Civil Action No.12-cv-03394 |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF MACMILLAN AND PENGUIN SETTLEMENTS AND PROPOSED NOTICE AND DISTRIBUTION PLANS**

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of Macmillan and Penguin Settlements and Proposed Consumer Notice and Distribution Plans, and all papers and pleadings submitted therewith, Plaintiffs will move this Court before the Honorable Denise Cote, at the United States courthouse located at 500 Pearl Street, New York, New York 10007, for an order:

1) Granting Plaintiffs' motion for preliminary approval of Plaintiffs' settlement agreement with Holtzbrinck Publishers, LLC, d/b/a Macmillan ("Macmillan");

2) Granting Plaintiffs' motion for preliminary approval of Plaintiffs' settlement agreement with Penguin Group (USA), Inc. ("Penguin");

3) Approving Plaintiffs' plan to provide notice of the settlements to consumers in accordance with due process and 15 U.S.C. §15c; and

4) Granting preliminary approval of the Consumer Distribution Plan.

Plaintiff States (by and through Liaison Counsel for Plaintiff States) and Settlement Class (by and through co- lead counsel Hagens Berman Sobol Shapiro LLP and Cohen Milstein Sellers

& Toll PLLC) seek these orders pursuant to the Clayton Act, 15 U.S.C. § 15 (authorizing persons to bring a civil antitrust action for damages) and 15 U.S.C. § 15c (authorizing State Attorneys General to bring a civil antitrust action for damages, as *parens patriae* on behalf of natural persons residing in such States, and requiring court approval of compromise of such claims) and 15 U.S.C. § 26 (authorizing persons to bring a civil antitrust action for injunctive relief).

Dated: June 21, 2013.                       Respectfully submitted,

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
KIM VAN WINKLE
Section Chief, Antitrust Section

REBECCA FISHER
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov
**ATTORNEYS FOR THE STATE OF TEXAS**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Nielsen
Gary M. Becker
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov
**ATTORNEYS FOR THE STATE OF CONNECTICUT**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE, ATTORNEY GENERAL

DOREEN JOHNSON
Assistant Chief, Antitrust Section
Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov
Edward.Olszewski@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**


HAGENS BERMAN SOBOL SHAPIRO LLP
STEVE W. BERMAN
SHANA E. SCARLETT

_____
JEFF D. FRIEDMAN
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
jefff@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice*)
Jeffrey Dubner (4974341)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
KPierson@cohenmilstein.com
jdubner@cohenmilstein.com

**ATTORNEYS FOR SETTLEMENT CLASS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2013, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

_Rebecca Fisher_
REBECCA FISHER