```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
IN RE: ELECTRONIC BOOKS ANTITRUST           :   11 MD 2293 (DLC)
LITIGATION                                  :
                                            :   Related to all
-------------------------------------------X   matters
                                            :
THE STATE OF TEXAS, et al.,                 :   ORDER
                                            :
                    Plaintiffs,             :
           -v-                              :
                                            :   12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,           :
                                            :
                    Defendants.             :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

The Court having filed its trial Opinion in <u>The State of Texas, et al. v. Penguin Group (USA) Inc., et al.</u>, 12 Civ. 3394 (DLC), and related action <u>United States of America v. Apple Inc.</u>, 12 Civ. 2826 (DLC), on July 10, 2013, it is hereby

ORDERED that the parties seeking preliminary approval of settlements in the above-captioned actions shall advise the Court no later than **August 2, 2013** whether they wish to proceed with final approval and distribution of these settlement amounts at this time or wish to defer those proceedings.

SO ORDERED:

Dated:   New York, New York
         July 10, 2013

                                     _____
                                              DENISE COTE
                                     United States District Judge