```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
IN RE: ELECTRONIC BOOKS ANTITRUST        :    11 MD 2293 (DLC)
LITIGATION                               :
                                         :    Related to all
----------------------------------------X     matters
                                         :
THE STATE OF TEXAS, et al.,              :
                                         :         ORDER
                         Plaintiffs,     :
          -v-                            :
                                         :
PENQUIN GROUP (USA) INC., et al.,        :    12 Civ. 3394 (DLC)
                                         :
                         Defendants.     :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

As described on the record at the conference held on August 27, 2013, it is hereby

ORDERED that the parties are instructed to contact the chambers of Judge Wood prior to **September 6** in order to pursue settlement discussions under her supervision in September or October 2013.

SO ORDERED:

Dated:    New York, New York
          August 27, 2013

                                        _____
                                                 DENISE COTE
                                        United States District Judge