# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Theodore J. Boutrous Jr.
Direct: +1 213.229.7804
Fax: +1 213.229.6804
TBoutrous@gibsondunn.com

September 9, 2013

VIA ECF

The Honorable Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007-1312

Re:   *Texas v. Penguin Group (USA) Inc.*, 12 Civ. 3394 (DLC); *In re Electronic Books Antitrust Litig.*, 11 MD 2293 (DLC)

Dear Judge Cote:

On behalf of Apple, we submit this letter to request that the Court move the telephonic hearing presently scheduled for today, September 9 at 3:30 p.m. to 3 p.m.

We have conferred with each of counsel for the States and counsel for the putative class, and they have kindly indicated that they do not oppose this request.

We appreciate in advance any accommodation the Court can provide.

Respectfully submitted,

Theodore J. Boutrous Jr.

*/s/ Theodore J. Boutrous Jr./cB*

cc: All Counsel