```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE: ELECTRONIC BOOKS ANTITRUST       :   11 MD 2293 (DLC)
LITIGATION                              :
                                        :   Related to all
----------------------------------------X       matters
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :        ORDER
                    Plaintiffs,         :
              -v-                       :
                                        :
PENQUIN GROUP (USA) INC., et al.,       :   12 Civ. 3394 (DLC)
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

As described on the record at the conferences held in these actions on August 9 and September 9, 2013, it is hereby

ORDERED that the parties shall submit by **September 27, 2013** a report and any proposed stipulation addressing issues of collateral estoppel.

IT IS FURTHER ORDERED that Apple shall submit by **September 11, 2013** any letter regarding its right to depose Professor Wickelgren over the States' objection. Any letter in response by the States or class plaintiffs shall be submitted by **September 16, 2013**.

SO ORDERED:

Dated:   New York, New York
         September 9, 2013

                                    _____
                                           DENISE COTE
                                    United States District Judge