USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE: 9/27/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
                    Plaintiff,             :    12 Civ. 2826 (DLC)
         -v-                               :
                                           :
APPLE INC., et al.,                        :
                                           :
                    Defendants.            :    ORDER
                                           :
------------------------------------------X
                                           :
THE STATE OF TEXAS, et al.,                :
                                           :
                    Plaintiffs,            :    12 Civ. 3394 (DLC)
         -v-                               :
                                           :
PENQUIN GROUP (USA) INC., et al.,          :
                                           :
                    Defendants.            :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

On September 26, 2013, the Department of Justice ("DOJ") contacted the Court via telephone to seek guidance, on behalf of itself and Plaintiff States, as to the form of its submission recommending "one or more persons to serve as External Compliance Monitor" ("Monitor"), pursuant to Section VI of the September 5 Order Entering Permanent Injunction. It is hereby ordered:

- To the extent that DOJ and Plaintiff States are jointly recommending more than one person to serve as Monitor, the submission shall be made in camera.

- Any objection to said persons by Apple shall be made <u>in camera</u>.

- Notwithstanding the <u>in camera</u> nature of the submissions, the parties shall make timely service of all filings on each other.

SO ORDERED:

Dated:   New York, New York
         September 27, 2013

                                    _____
                                    DENISE COTE
                                    United States District Judge