```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :
                    Plaintiff,           :   12 Civ. 2826 (DLC)
           -v-                           :
                                         :
APPLE INC., et al.,                      :
                                         :
                    Defendants.          :   ORDER
                                         :
----------------------------------------X
                                         :
THE STATE OF TEXAS, et al.,              :
                                         :
                    Plaintiffs,          :   12 Civ. 3394 (DLC)
           -v-                           :
                                         :
PENGUIN GROUP (USA) INC., et al.,        :
                                         :
                    Defendants.          :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

On September 30, 2013, the Department of Justice and the Plaintiff States submitted for consideration the names of two well-qualified candidates to serve as the External Monitor ("Monitor") provided for in Section VI of the September 5 Order Entering Permanent Injunction in this case. Having interviewed both candidates, it is clear that either one is capable of doing an exceptional job as Monitor. The Court is grateful to both candidates for their commitment to public service and for taking time to travel and interview with DOJ and the Court. It is hereby

ORDERED that Michael Bromwich is appointed as Monitor.

2

IT IS FURTHER ORDERED that Bernard A. Nigro will assist Mr. Bromwich in discharging his responsibilities.

SO ORDERED:

Dated: New York, New York
October 16, 2013

```
                              _____
                                    DENISE COTE
                            United States District Judge
```