```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
IN RE: ELECTRONIC BOOKS ANTITRUST    :    11 MD. 2293 (DLC)
LITIGATION                           :
                                     :      Related to all
-------------------------------------:        matters
                                     X
THE STATE OF TEXAS, et al.,          :    SCHEDULING ORDER
                                     :
                Plaintiffs,          :
        -v-                          :
                                     :     12 Civ. 3394 (DLC)
PENQUIN GROUP (USA) INC., et al.,    :
                                     :
                Defendants.          :
                                     :
-------------------------------------X
```

DATE FILED: 11-18-2013

DENISE COTE, District Judge:

On November 15, 2013 the defendant Apple filed a motion to dismiss the Plaintiff States' claims in the above captioned action on the ground that the Plaintiff States lack Article III standing. Apple moves in the alternative to compel the Plaintiff States to seek class certification. It is hereby

ORDERED that any opposition is due by **December 6, 2013**. Any reply is due by **December 13, 2013**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED:

Dated:  New York, New York
        November 18, 2013

_____
DENISE COTE
United States District Judge