

Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

T 206.623.7292   F 206.623.0594

January 31, 2014

**_Via Hand-Delivery_**

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

    Re:    *In re: Electronic Books Antitrust Litig.*, No. 11-md-02293 (DLC);
            *The State of Texas v. Penguin Group (USA), Inc.*, No. 12-cv- 3394 (DLC)

**Dear Judge Cote:**

    Pursuant to paragraph 20 of the parties' Stipulated Protective Order dated May 9, 2012, and Your Honor's Individual Practices in Civil Cases, Class Plaintiffs respectfully submit the following documents for filing under seal in the above-captioned matters:

1. Declaration of Steve W. Berman and accompanying exhibits in in Support of Class Plaintiffs' Motion for Summary Judgment and Statement of Undisputed Facts.

    Class Plaintiffs seek to file this document under seal to the extent it contains material designated by the parties or third parties as Confidential or Highly Confidential pursuant to the May 9, 2012 Protective Order and November 30, 2012 Supplemental Protective Order in the above-captioned matters.

    In accordance with Rule 4A of Your Honor's Individual Practices, we have enclosed with this letter: (1) two complete copies of the filing in unredacted form, and (2) one copy of the the specific subset of exhibits which are subject to the meet and confer process regarding proposed redactions. These exhibits are: Exhibits 11, 18, 21-26, 30 and 34-39.

                                        Respectfully,

                                        HAGENS BERMAN SOBOL SHAPIRO LLP

                                        Steve W. Berman

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11 670536 V1