

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA 98101
www.hbsslaw.com
**Direct (206) 268-9320**
steve@hbsslaw.com

*MEMO ENDORSED*

February 12, 2014

*Via ECF*

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

2/13/2014

Re:   *In re: Electronic Books Antitrust Litig.*, No. 11-md-02293 (DLC);
      *The State of Texas v. Penguin Group (USA), Inc.*, No. 12-cv- 3394 (DLC)

Dear Judge Cote:

On February 10, 2014, the Court ordered by February 17, 2014, Class Plaintiffs to resubmit proposed redactions to (1) Reply in Support of Class Certification; (2) Reply Report of Roger Noll; (3) Motion to Exclude Expert Opinions of Joesph Kalt; (4) Motion to Exclude Expert Opinions of Jonathan Orszag; and (5) Opposition to Apple's Motion to Exclude Expert Opinions of Roger Noll.

Because Monday, February 17 is a Court holiday, Class Plaintiffs respectfully request a one-day extension to February 18, 2014.

Granted.
*Denise Cote*
2/13/14

Respectfully,

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Steve W. Berman*

Steve W. Berman

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11 672569V1