T 206.623.7292   F 206.623.0594



Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 EIGHTH AVENUE, SUITE 3300
SEATTLE, WA  98101
www.hbsslaw.com
Direct (206) 268-9320
steve@hbsslaw.com



February 24, 2014



2/28/2014

Via Hand-Delivery

The Honorable Denise L. Cote
United States District Court Judge
Southern District of New York
500 Pearl St., Room 1610
New York, NY 10007-1312

Re:   In re: Electronic Books Antitrust Litig., No. 11-md-02293 (DLC);
      The State of Texas v. Penguin Group (USA), Inc., No. 12-cv- 3394 (DLC)

Dear Judge Cote:

Pursuant to the Court's February 14, 2014, Order, Class Plaintiffs respectfully resubmit the following document for filing under seal in the above-captioned matters:

1. Declaration of Steve W. Berman and accompanying exhibits in Support of Class Plaintiffs' Motion for Summary Judgment and Statement of Undisputed Facts.

Class Plaintiffs have met and conferred with Amazon.com, Inc., Apple Inc., HarperCollins, Macmillan and Penguin.

Based on requests by each of these parties, we have enclosed with this letter: (1) one full copy of the filing with the parties' proposed redactions of Confidential and Highly Confidential material highlighted, and (2) one loose-leaf set of only those pages from each exhibit upon which the producing party is seeking redactions. These exhibits are: Nos. 11, 13, 18, 21-24, 30, 35 and 38-39.

Class Plaintiffs have also concurrently served counsel for Apple with these materials.

Granted.

/s/ Denise Cote
2/26/14

Respectfully,

HAGENS BERMAN SOBOL SHAPIRO LLP

/s/ Steve W. Berman

Steve W. Berman

SEATTLE   BOSTON   CHICAGO   COLORADO SPRINGS   LOS ANGELES   MINNEAPOLIS   NEW YORK   PHOENIX   SAN FRANCISCO   WASHINGTON, D.C.

010260-11  673898 V1