UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

This Document Relates to:

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| THE STATE OF TEXAS, et al.,<br><br>                Plaintiffs,<br><br>  v.<br><br>PENGUIN GROUP (USA) INC., et al.,<br><br>                Defendants. | Civil Action<br>No. 12-cv-03394 |
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION | No. 11-md-02293 (DLC)<br>ECF Case |
| This Document Relates to:<br><br>ALL ACTIONS | <u>CLASS ACTION</u> |

**PLAINTIFFS' NOTICE OF MOTION
<u>AND MOTION FOR APPROVAL OF PLAN FOR NOTICE</u>**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT at a hearing date to be set by the Court, if necessary, before the Honorable Denise L. Cote, United States District Judge of the Southern District of New York, located in Courtroom 15B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl St. New York, NY 10007-1312, Plaintiff States and Class Plaintiffs will, and hereby do, move for an order approving Plaintiffs' plan for distributing notice to eligible consumers in Plaintiff States and to the certified Apple Class, respectively.

This motion is brought pursuant to 15 U.S.C. §15c(b)(1) and Federal Rules of Civil Procedure 23(c)(2)(B), and is based on this Notice of Motion and Motion; the accompanying Memorandum of Law; and the Declaration of Kathy Kinsella in support of the motion.

DATED:  March 28, 2014          HAGENS BERMAN SOBOL SHAPIRO LLP


                                By            /s/ Steve W. Berman
                                    STEVE W. BERMAN (*Pro Hac Vice*)

                                George W. Sampson (GS-8973)
                                Sean R. Matt
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                1918 Eighth Avenue, Suite 3300
                                Seattle, WA 98101
                                Telephone:  (206) 623-7292
                                Facsimile:  (206) 623-0594
                                steve@hbsslaw.com
                                george@hbsslaw.com

                                Jeff D. Friedman (*Pro Hac Vice*)
                                Shana Scarlett (*Pro Hac Vice*)
                                HAGENS BERMAN SOBOL SHAPIRO LLP
                                715 Hearst Avenue, Suite 202
                                Berkeley, CA 94710
                                Telephone:  (510) 725-3000
                                Facsimile:  (510) 725-3001
                                jefff@hbsslaw.com
                                shanas@hbsslaw.com

Kit A. Pierson (*Pro Hac Vice*)
Jeffrey Dubner (JD4545)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C.  20005
Telephone:  (202) 408-4600
Facsimile:  (202) 408-4699
kpierson@cohenmilstein.com
elevens@cohenmilstein.com
jdubner@cohenmilstein.com

Douglas Richards (JR6038)
COHEN, MILSTEIN, SELLERS & TOLL, PLLC
88 Pine Street, 14th Floor
New York, NY  10005
Telephone:  (212) 838-7797
Facsimile:  (212) 838-774
DRichards@cohenmilstein.com

*Co-Lead Counsel for the Class*


**STATE OF NEW YORK**
ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

By:_____/s/ Robert L. Hubbard_____
         ROBERT L. HUBBARD

Linda J. Gargiulo
Assistant Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8274
robert.hubbard@ag.ny.gov
linda.gargiulo@ag.ny.gov

*ATTORNEYS FOR THE STATE OF NEW YORK*
*LOCAL COUNSEL*

- 3 -

**STATE OF TEXAS**
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
JOHN T. PRUD'HOMME
Chief, Consumer Protection Division
KIM VAN WINKLE
Section Chief, Antitrust Section
Consumer Protection Division


By _____/s/ Rebecca Fisher_____
        REBECCA FISHER (*Pro Hac Vice*)

Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov

*Attorneys For The State of Texas*
*Liaison Counsel For Plaintiff States*

**STATE OF CONNECTICUT**
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Nielsen


By _____/s/ Gary M. Becker_____
        GARY M. BECKER (GB 8259)

Assistant Attorney General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Gary.Becker@ct.gov

*Attorneys For The State of Connecticut*
*Liaison Counsel For Plaintiff States*

- 4 -

                **STATE OF OHIO**
                R. MICHAEL DEWINE,
                ATTORNEY GENERAL


                By      /s/ Edward Olszewski
                          EDWARD OLSZEWSKI (*Pro Hac Vice*)

                Assistant Attorney General, Antitrust Section
                Office of the Ohio Attorney General
                150 E. Gay St. – 23rd Floor
                Columbus, OH 43215
                Tel: (614) 466-4328
                edward.olszewski@ohioattorneygeneral.gov

                *Attorneys For The State of Ohio*
                *Liaison Counsel For Plaintiff States*


## ATTESTATION

Pursuant to Electronic Case Filing Rules & Instructions Section 8.5(b), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

                                        /s/ Steve W. Berman
                                STEVE W. BERMAN (*Pro Hac Vice*)

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 28, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

/s/ Steve W. Berman<br>
STEVE W. BERMAN

- 5 -

010260 681069V1