UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**This Document Relates to:**

| | |
|---|---|
| **IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION** | No. 11-md-02293 (DLC) <br> ECF Case <br><br> Class Action |
| **THE STATE OF TEXAS, et al.,** <br><br>    Plaintiffs, <br><br> v. <br><br> **PENGUIN GROUP (USA) INC., et al.,** <br><br>    Defendants | Civil Action <br> No. 12-cv-03394 |

## PLAINTIFFS' AND APPLE'S JOINT SUBMISSION REGARDING THE NOTICE AND DISTRIBUTION PLANS <u>RELATING TO THE PARTIES' SETTLEMENT AGREEMENT</u>

As set forth in Plaintiffs' Memorandum in Support of Preliminary Approval of the Settlement with Apple Inc. ("Apple"), Counsel for Plaintiff States, Class Plaintiffs and Apple respectfully request that consumer notice of the settlement be deferred until the pending appeal regarding the Court's July 10, 2013 finding of liability against Apple is determined. The parties believe that such deferral will best benefit consumers. However, if the Court determines such notice should be distributed sooner, all parties are prepared to proceed under the terms of the Settlement Agreement, as described in Paragraph 18 of the confidential Memorandum of Understanding submitted to the Court on June 16, 2014. Therefore, pursuant to the Court's July 17, 2014 Order, the parties submit a Notice Plan (attached hereto as Exhibit A) and a

Distribution Plan (attached hereto as Exhibit B), both which assume distribution of notice to consumers immediately following this Court's entry of an order preliminarily approving the settlement.

Dated: July 23, 2014

Respectfully submitted,

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
KIM VAN WINKLE
Section Chief, Antitrust Section

*/s/ Rebecca Fisher*
REBECCA FISHER
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov
**LIAISON COUNSEL FOR PLAINTIFF STATES**


STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Nielsen
Gary M. Becker
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE, ATTORNEY GENERAL

DOREEN JOHNSON
Assistant Chief, Antitrust Section

Edward J. Olszewski
Matthew McKinley
Assistant Attorneys General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov
Edward.Olszewski@ohioattorneygeneral.gov
**LIAISON COUNSEL FOR PLAINTIFF STATES**

HAGENS BERMAN SOBOL SHAPIRO LLP
SHANA E. SCARLETT

STEVE W. BERMAN
Hagens Berman Sobol Shapiro LLP
1918 Eighth Ave, Suite 3300
Seattle, Washington 98101

JEFF D. FRIEDMAN
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
jefff@hbsslaw.com

COHEN, MILSTEIN, SELLERS & TOLL, PLLC
Kit A. Pierson (*Pro Hac Vice*)
Jeffrey Dubner (4974341)
1100 New York Avenue, N.W.
South Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
KPierson@cohenmilstein.com
jdubner@cohenmilstein.com

**ATTORNEYS FOR SETTLEMENT CLASS**

GIBSON, DUNN & CRUTCHER LLP

*Gail E. Lees*

GAIL E. LEES

Theodore J. Boutrous, Jr.
Daniel G. Swanson
Gail E. Lees
333 South Grand Avenue
Los Angeles, California  90071
Telephone:  213.229.7000

Cynthia E. Richman
1050 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: 202.955.8500

**ATTORNEYS FOR APPLE INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

*/s/ Rebecca Fisher*
REBECCA FISHER