```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :
                                        :
                    Plaintiff,          :    12 Civ. 2826 (DLC)
          -v-                           :
                                        :
APPLE INC., et al.,                     :
                                        :
                    Defendants.         :    ORDER
                                        :
----------------------------------------X
                                        :
THE STATE OF TEXAS, et al.,             :
                                        :
                    Plaintiffs,         :    12 Civ. 3394 (DLC)
          -v-                           :
                                        :
PENGUIN GROUP (USA) INC., et al.,       :
                                        :
                    Defendants.         :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 15, 2014, the External Compliance Monitor ("Monitor") submitted its second report. The Monitor submitted both an unredacted version and a copy of the report with redactions proposed by Apple. On October 15, Apple was ordered to provide the redacted materials to the plaintiffs by October 17 or explain why such disclosure should not be made. On October 17, Apple consented to the disclosure of the redacted materials to the plaintiffs. Having reviewed the proposed redactions, it is hereby

ORDERED that the Monitor's October 15 report may be filed in the public record with the proposed redactions.

Dated:    New York, New York
          October 21, 2014

                                    _____
                                         DENISE COTE
                                    United States District Judge